IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01119-RPM

W. WESLEY WALLACE,
NATIONAL PUBLIC LANDS COUNCIL,
FRED ROBERTS, and
FNF PROPERTIES,

        Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT,
GALE NORTON, Secretary of the United States Department of the Interior,
KATHLEEN CLARKE, Acting Director of the Bureau of Land Management,
CALVIN N. JOYNER, Field Manager of the San Juan Field Office of the United States Bureau of Land Management,
JEFF RAWSON, Field Manager of the Kemmerer Field Office, and
EDWIN J. SINGLETON, Field Manager of the Albuquerque Field Office,

        Defendants.

---

### ORDER OF DISMISSAL

---

Pursuant to the Mandate of the United States Court of Appeals for the Tenth Circuit, issued on April 24, 2006, vacating the judgment entered on July 8 2004, and directing an order dismissing the plaintiffs' claims as moot, it is

ORDERED that plaintiffs' claims are dismissed.

Dated:   February 16th, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Court Judge